## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Richard L. Greenstreet,                                    Civil No. 03-3557 (DWF/RLE)

      Plaintiff,

v.                                                                                      **ORDER**

Michael J. Astrue, Commissioner of
Social Security,

      Defendant.

---

Richard L. Greenstreet, *Pro Se*, Plaintiff.

Lonnie F. Bryan, Assistant United States Attorney, United States Attorney's Office, counsel for Defendant.

---

Based upon the Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED** that:

The Plaintiff's Request for District Court Review (Doc. No. 21) is **DENIED**.


Dated:  April 10, 2008            s/Donovan W. Frank
                                           DONOVAN W. FRANK
                                           Judge of United States District Court